424 A.2d 504

COMMONWEALTH of Pennsylvania

v.

Larry Lee BINK, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1980.

Decided Jan. 27, 1981.

J. Richard Gray, Lancaster, for appellant.

Charles A. Achey, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.